UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:26-CR-94-CHB
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

**JIHAD HAQQ**
a/k/a WILBERT BETHEL SR.

The Grand Jury charges:

COUNT 1
*(Possession of Firearm by a Prohibited Person)*

On or about August 1, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. knowingly possessed, in and affecting commerce, Smith & Wesson, Model M&P, 45 caliber pistol bearing serial number HAB6704, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

> On or about March 16, 1998, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 98-CR-0464, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. was convicted of the offense of Wanton Endangerment in the First Degree;
>
> On or about March 5, 1999, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 99-CR-0176, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. was convicted of the offense of Possession of a Firearm by a Convicted Felon;
>
> On or about November 28, 2007, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 02-CR-1558-003, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. was convicted of the offenses of Manslaughter in the Second Degree, Facilitation to Criminal Attempt Murder (two counts), Tampering with Physical Evidence;

On or about November 28, 2007, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 07-CR-3542, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. was convicted of the offense of Engaging in Organized Crime – Criminal Syndicate; and

On or about December, 6, 2019, in the United States District Court for the Western District of Kentucky, in Case Number 3:17-CR-119-1-RGJ, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. was convicted of the offense of Conspiracy to Possess with Intent to Distribute and Distribute Heroin, Fentanyl, Oxycodone and Hydrocodone.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JIHAD HAQQ**, a/k/a WILBERT BETHEL SR. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to a Smith & Wesson, Model M&P, 45 caliber pistol bearing serial number HAB6704, and ammunition.

A TRUE BILL.

[redacted]

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JAR:08052026

UNITED STATES OF AMERICA v. **JIHAD HAQQ, a/k/a WILBERT BETHEL SR.**

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
(NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release with three qualifying prior convictions pursuant to 18 U.S.C. 924(e))

FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.